UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN AGRO DMCC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VAN SON SERVICE AGRICULTURE COMPANY LIMITED,<br><br>　　　　　Defendant. | Case No. 18-cv-04038-DMR<br><br>**ORDER TO SHOW CAUSE** |

The court has received Plaintiff Hakan Agro DMCC's ex parte motion seeking entry of judgment and issuance of a writ of attachment. [Docket No. 16.] It does not appear that service of the summons and complaint on Defendant Van Son Service Agriculture Company Limited complied with Federal Rules of Civil Procedure 4(h)(2) and 4(f). Therefore, by no later than September 24, 2018, Plaintiff shall show cause why the Clerk's entry of default as to Defendant should not be revoked. [Docket No. 13.] In its response, Plaintiff shall address whether service was proper under the relevant provisions of Rule 4, including submitting any evidence supporting its position.

**IT IS SO ORDERED.**

Dated: September 20, 2018



_____
Donna M. Ryu
United States Magistrate Judge