1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 HAKAN AGRO DMCC,                                 Case No. 18-cv-04038-DMR

8             Plaintiff,

9       v.                                        **ORDER TO SHOW CAUSE RE
                                                  SUBJECT MATTER JURISDICTION**
10 VAN SON SERVICE AGRICULTURE
   COMPANY LIMITED,
11
             Defendant.
12

13       Plaintiff Hakan Agro DMCC filed this action against Defendant Van Son Service

14 Agriculture Company Limited on July 5, 2018, seeking recognition of a foreign money judgment

15 pursuant to the Uniform Foreign-Country Money Judgments Recognition Act ("UFCMJRA"),

16 California Code of Civil Procedure section 1713 *et seq*.  In the complaint, Plaintiff alleges that the

17 court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2) because the parties are

18 diverse and the amount in controversy exceeds $75,000.  Compl. ¶ 4.  Specifically, Plaintiff

19 alleges that it is a corporation formed and based in the United Arab Emirates and that Defendant is

20 a corporation formed and based in Vietnam.  *Id*. at ¶¶ 5, 6.  "Although the federal courts have

21 jurisdiction over an action between 'citizens of a state and citizens or subjects of a foreign state,'

22 28 U.S.C. § 1332(a)(2), diversity jurisdiction does not encompass a foreign plaintiff suing foreign

23 defendants." *Nike, Inc. v. Comercial Iberica de Exclusivas Deportivas, S.A.*, 20 F.3d 987, 991

24 (9th Cir. 1994) (citing *Cheng v. Boeing Co.*, 708 F.2d 1406, 1412 (9th Cir. 1983)).  Therefore, it

25 appears that this court lacks jurisdiction over this action.  By no later than September 28, 2018,

26 Plaintiff shall show cause why this action should not be dismissed for lack of federal subject

27 matter jurisdiction.  If Plaintiff fails to respond by that date or its response fails to establish a basis

28 for federal subject matter jurisdiction, the court will prepare a report and recommendation

recommending that a district judge dismiss the action.  The October 3, 2018 case management

conference is VACATED.

**IT IS SO ORDERED.**

Dated: September 26, 2018



Judge Donna M. Ryu
United States Magistrate Judge