Shaunak Sayta (SBN: 291129)
shaunak@sayta.com
548 Market St. #40809
San Francisco, CA
94104
Tel: (415) 905-0887
Fax: (516) 340-2195

**Attorney for the Plaintiff,
HAKAN AGRO DMCC**

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*10/15/18*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **HAKAN AGRO DMCC**, a company incorporated by and under the laws of the United Arab Emirates.<br>...Plaintiff,<br>vs.<br>**VAN SON SERVICE AGRICULTURE COMPANY LIMITED**,<br>...Defendant | Case No.: 4:18-cv-04038 (YGR)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

# NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Hakan Agro DMCC hereby dismisses this action, without prejudice, reserving its right to re-file.

Respectfully submitted,

Dated: October 12, 2018          /s/Shaunak Sayta

Shaunak Sayta
Attorney for Plaintiff,
HAKAN AGRO DMCC